# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELDA WILSON, | CV F  06-861 LJO NEW (DLB) P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO AMEND EXHIBITS ATTACHED TO COMPLAINT (Doc. 12.) |
| PERKINSON, et. al., | |
| Defendants. | |

    Helda Wilson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on July 10, 2006.  On March 15, 2007, Plaintiff filed a Motion to Amend Exhibits E and F attached to her Complaint and submitted the new exhibits along with the Motion.

    The Court must disregard Plaintiff's Motion.  Documents filed with the Court are kept in electronic format and thus, the Court does not have the ability to take the new exhibits and attach them to the Complaint submitted in July 2007.  In addition, the Court cannot serve as a repository for the parties' evidence.  Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).  At this point, the submission of evidence is premature as the Plaintiff is only required to

1 | state a prima facie claim for relief.  Accordingly, the Court HEREBY ORDERS:

2 |     1.    The Motion to Amend Exhibits is DISREGARDED.

3 |     2.    The Court ORDERS the Clerk to return Plaintiff's documents to her.

4 | IT IS SO ORDERED.

5 | **Dated:** **March 21, 2007**        /s/ **Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE