IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELDA WILSON, | 1:06-cv-00861 LJO GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| R. PERKINSON, et al., | (DOCUMENT #18) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2008, plaintiff filed a motion to extend time to file an amended complaint pursuant to the Court's order of July 15, 2008 (Document #17). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:   **August 8, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE